## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

UNITED STATES OF AMERICA

vs.

CADIE MAE BUNCH

Criminal No. 5:07CR17DCB-JCS-007

DEFENDANT



### ORDER GRANTING SUBMISSION OF VOUCHER BEYOND TIME LIMIT

This day this matter came on to be heard upon the motion of counsel for defendant, Cadie Mae Bunch, moving the Court for an Order granting submission of voucher beyond time limit; and the Court being now fully advised in the premises and having read and considered said motion, finds that the Motion is well taken and should therefore be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the submission of voucher beyond time limit to counsel for Cadie Mae Bunch is hereby granted.

SO ORDERED, this the 1st day of February, 2008.

UNITED STATES DISTRICT JUDGE

JM TLH 556471 v1
2907166-000001 1/29/2008