IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

MAR 2 1 2008

J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

V.   CRIMINAL NO. 5:07cr17DCB-JCS

CADIE MAE BUNCH

### AGREED PRELIMINARY ORDER OF FORFEITURE

PURSUANT to a separate Memorandum of Understanding between the defendant, **Cadie Mae Bunch**, by and with the consent of his attorney, and the UNITED STATES OF AMERICA (hereafter "the Government"), the Court finds as follows:

1. The defendant is fully aware of the consequences of his having agreed to forfeit to the Government his interests in the property described below, having been apprised of such by his attorney and by this Court; and he has freely and voluntarily, with knowledge of such consequences, entered into said Memorandum of Understanding with the Government to forfeit such property.

2. The defendant agrees that the property described below constitutes, or was derived from proceeds that the said defendant obtained, directly or indirectly, as a result of the offense charged in the indictment and/or it is property that the defendant used to commit, or to facilitate the commission of, the offenses charged in the indictment. Further, the crime charged in Count 2 of the indictment is conspiracy to distribute cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), a crime punishable by more than one year's imprisonment. Such

property is, therefore, subject to forfeiture pursuant to Title 21, United States Code, Section 853.

IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:

1. All of the right, title, and interests of the defendant, **Cadie Mae Bunch**, in and to the following property is hereby forfeited to the UNITED STATES OF AMERICA:

### PERSONAL PROPERTY

- a. One Highpoint 9mm handgun, serial number 229824, and magazine and ammunition seized on June 5, 2007;

- b. One AR15 assault rifle, serial number 29995, and magazine and ammunition seized on June 5, 2007; and

- c. One Taurus .38 caliber handgun, serial number MG805220, and ammunition.

2. The United States Attorney is directed to commence the ancillary proceeding required by Title 21, United States Code, Section 853(n), by submitting to the United States Marshal for publication the proper notice, issued by the Clerk, and the Marshal shall cause such notice to be published once a week for three consecutive weeks in the **Clarion Ledger**, a newspaper published in Hinds County, Mississippi.

3. Further, pending completion of the said ancillary proceeding or further order of the Court, the Marshal or any other federal law enforcement agency is directed to forthwith take and/or maintain possession of the above-described property.

4.   By signing this document the defendant **Cadie Mae Bunch** acknowledges that the findings made herein are correct and that he is in agreement therewith and with the adjudications made hereby.

SO ORDERED AND ADJUDGED this 18th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
Sandra G. Moses
Assistant U.S. Attorney

_____
Cadie Mae Bunch
Defendant

_____
Joseph M. Holloman, ESQ.
Attorney for Cadie Mae Bunch

-3-